UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALE MARTIN, | No. 2:18-cv-01951-MCE-AC |
| Plaintiff, | |
| v. | **NON-RELATED CASE ORDER** |
| CALIFORNIA TEACHERS ASSOCATION, ET AL., | |
| Defendants. | |
| SEAN ALLEN, ET AL., | No. 2:18-cv-02230-MCE-CKD |
| Plaintiffs, | |
| v. | |
| SANTA CLARA COUNTY CORRECTIONAL PEACE OFFICERS ASSOCIATION, ET AL., | |
| Defendants. | |
| LILIANA HERNANDEZ, | No. 2:18-cv-02419-WBS-EFB |
| Plaintiff, | |
| v. | |
| AFSCME CALIFORNIA, ET AL., | |
| Defendants. | |

The Court has received the Notices of Related Cases filed on September 10, 2018. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATED: September 12, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE