UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| Liliana Hernandez, Miranda Alexander, Natasha Joffe, and Rohit Sharma, on behalf of themselves and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>AFSCME California; AFSCME Local 3299 and AFSCME Local 2620, as representatives of the class of all chapters and affiliates of AFSCME California; Edmund G. Brown, in his official capacity of Governor of the State of California; Xavier Becerra, in his official capacity as Attorney General of the State of California; Ralph Diaz, in his official capacity as Acting Secretary of the California Department of Corrections and Rehabilitation; Betty Yee, in her official capacity as State Controller of California; Eric Banks, Priscilla Winslow, Erich Shiners, and Arthur A. Krantz, in their official capacities as chair and members of the California Public Employment Relations Board,<br><br>    Defendants. | No. 2:18-cv-2419 WBS EFB<br><br><u>ORDER RE: REQUEST TO SEAL</u> |

1

```
 1
 2                          ----oo0oo----
 3          Defendants AFSCME Local 2620 and AFSCME Local 3299
 4   Request to Seal the Declaration of Monique Aubry (Docket No. 39)
 5   is DENIED.  Defendants, by and through their counsel, are
 6   directed to send to the Clerk a new copy of the Declaration of
 7   Monique Aubry (Docket No. 36-2), redacting the first five digits
 8   of the Social Security Numbers contained therein.  Upon receipt
 9   of the new copy, the Clerk's office shall replace the
10   declaration.
11           IT IS SO ORDERED.
12   Dated:  November 20, 2018
                                    WILLIAM B. SHUBB
13                                  UNITED STATES DISTRICT JUDGE
```