JOHN WEST* DC Bar No. 424718
GEORGINA YEOMANS* DC Bar No. 1510777
Bredhoff & Kaiser, PLLC
805 15th Street NW, Suite 1000
Washington, DC 20005
Telephone (202) 842-2600
Facsimile: (202) 842-1888
jwest@bredhoff.com; gyeomans@bredhoff.com
*Admitted *pro hac vice*
*Attorneys for Defendants AFSCME*
*Local 2620 and AFSCME Local 3299*

ANDREW H. BAKER, CA Bar No. 104197
Beeson, Tayer & Bodine, APC
483 Ninth Street, 2nd Floor
Oakland, CA 94607-4051
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
abaker@beesontayer.com
*Attorney for Defendant AFSCME Local 2620*

PETER SALTZMAN, CA Bar No. 169698
KATE HALLWARD, CA Bar No. 233419
ARTHUR LIOU, CA Bar No. 252690
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
psaltzman@leonardcarder.com
khallward@leonardcarder.com
aliou@leonardcarder.com
*Attorneys for Defendant AFSCME Local 3299*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| **LILIANA HERNANDEZ**, et al., | Case No.: 2:18-CV-02419-WBS-EFB |
| Plaintiffs, | |
| v. | **ORDER** |
| **AFSCME CALIFORNIA**, et al., | |
| Defendants. | |

1  The Ex-Parte Request of Defendants AFSCME Local 2620 and AFSCME Local 3299 for Leave to File a Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED.

**IT IS SO ORDERED**

Dated: November 29, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE