*Per Local Rule 131(a), please refer to the signature page for a complete list of represented parties and their counsel.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **Liliana Hernandez**, et al.<br>Plaintiffs,<br>v.<br>**AFSCME California**, et al.<br>Defendants. | Case No. 2:18-cv-02419-WBS-EFB<br><br>**JOINT STIPULATION** |

The parties to this litigation, Plaintiffs Liliana Hernandez, Rohit Sharma, Miranda Alexander, and Natasha Joffe; Defendants AFSCME Local 2620 and AFSCME Local 3299 ("Union Defendants"); and Defendants Edmund G. Brown, Jr., in his official capacity as Governor of California, Xavier Becerra, in his official capacity as Attorney General of California, Mark Gregersen, Eric Banks, Priscilla Winslow, Erich Shiners, Arthur A. Krantz, in their official capacities as the chair and members of the California Public Employment Relations Board, Betty Yee, in her official capacity as State Controller of California, and Ralph Diaz, in his official capacity as the Acting Secretary of the California Department of Corrections and Rehabilitation ("State Defendants"), by and through undersigned counsel, hereby stipulate, as agreed in open Court on December 3, 2019, as follows.

1. Plaintiffs withdraw their motions for a preliminary injunction and for expedited discovery.

2. Local 2620 has placed, and will continue to place, all dues received from or on behalf of Plaintiffs Alexander and Joffe since their resignation from union membership on September 26, 2018, in a segregated interest-bearing escrow account, and it will hold these funds

JOINT STIPULATION- 1

in that account, where they will not be available for any use by Local 2620, until the conclusion of this litigation or an order of this Court. Dues payments received by Local 2620 from or on behalf of other similarly situated persons, who resigned their union membership after June 27, 2018, but have been required to continue having dues deducted from their paychecks until their membership anniversary dates, will similarly be placed and held in the escrow account under the same conditions.

3. Nothing in this Stipulation shall be construed as an admission by any party with respect to any legal or factual issue that is presented in this litigation.

<u>Stipulated</u> and agreed to this 5th day of December, 2018.

<u>/s/ John West</u>
JOHN WEST,* DC Bar No. 424718
GEORGINA YEOMANS,* DC Bar No. 1510777
Bredhoff & Kaiser, PLLC
805 15th Street NW, Suite 1000
Washington, DC 20005
Telephone (202) 842-2600
Facsimile: (202) 842-1888
jwest@bredhoff.com; gyeomans@bredhoff.com
* Admitted *pro hac vice*
*Attorneys for Union Defendants*

ANDREW H. BAKER, CA Bar No. 104197
Beeson, Tayer & Bodine, APC
483 Ninth Street, 2nd Floor
Oakland, CA 94607-4051
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
abaker@beesontayer.com
*Attorney for Defendant AFSCME Local 2620*

PETER SALTZMAN, CA Bar No. 169698
KATE HALLWARD, CA Bar No. 233419
ARTHUR LIOU, CA Bar No. 252690
Leonard Carder, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
psaltzman@leonardcarder.com

JOINT STIPULATION- 2

khallward@leonardcarder.com
aliou@leonardcarder.com
*Attorneys for Defendant AFSCME Local 3299*

/s/ Jonathan Mitchell
(as authorized on December 5, 2018)
JONATHAN F. MITCHELL* TX Bar No. 24075463
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, TX 78701
Telephone: (512) 686-3940
Facsimile: (512) 686-3940
jonathan@mitchell.law
* Admitted *pro hac vice*

BRADLEY BENBROOK, CA Bar No. 177786
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@brenbrooklawgroup.com

TALCOTT FRANKLIN* TX Bar No. 24010629
Talcott Franklin P.C.
1920 McKinney Avenue, 7th Floor
Dallas, TX 75201
Telephone: (214) 736-8730
Facsimile: (800) 727-0659
tal@talcottfranklin.com
* Admitted *pro hac vice*
*Attorneys for Plaintiffs*

/s/ Anthony O'Brien
(as authorized on December 5, 2018)
ANTHONY P. O'BRIEN
Deputy Attorney General
Attorney General's Office for the State of California
Department of Justice
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6002
Facsimile: (916) 324-8835
anthony.obrien@doj.ca.gov
*Attorney for State Defendants*

JOINT STIPULATION- 3

**IT IS SO ORDERED**

Dated: December 5, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION- 4