1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  BENJAMIN M. GLICKMAN, State Bar No. 247907
   Supervising Deputy Attorney General
3  ANTHONY P. O'BRIEN, State Bar No. 232650
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-6002
6   Fax: (916) 324-8835
    E-mail: Anthony.OBrien@doj.ca.gov
7  *Attorneys for Edmund G. Brown, Jr. in his official
   capacity as Governor of the State of California,
8  Xavier Becerra, in his official capacity as Attorney
   General of the State of California, Betty Yee, in her
9  official capacity as State Controller of California,
   Ralph Diaz, in his official capacity as Acting
10 Secretary of the California Department of
   Corrections and Rehabilitation, and the Public
11 Employment Relations Board*

12                IN THE UNITED STATES DISTRICT COURT

13                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LILIANA HERNANDEZ, et al.,** | 18-cv-02419-WBS-EFB |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE UPCOMING DEADLINES; ~~PROPOSED~~ ORDER** |
| v. | |
| **AFSCME CALIFORNIA, et al.,** | Courtroom: 5<br>Judge: The Honorable William B. Shubb |
| Defendants. | Trial Date: Not Set<br>Action Filed: August 31, 2018 |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, Plaintiffs filed their First Amended Complaint (ECF No. 20) on November 2, |
| 3 | 2018; |
| 4 | WHEREAS, Defendants Governor Edmund G. Brown, Jr., Attorney General Xavier |
| 5 | Becerra, State Controller Betty Yee, California Department of Corrections and Rehabilitation |
| 6 | Acting Secretary Ralph Diaz, and the Public Employment Relations Board ("State Defendants") |
| 7 | filed a Motion to Dismiss the Complaint (ECF No. 51) on November 30, 2018; |
| 8 | WHEREAS, Defendants AFSCME Local 2620 and AFSCME Local 3299 ("Union |
| 9 | Defendants") filed a Motion for Partial Judgment on the Pleadings (ECF No. 56) on January 3, |
| 10 | 2019; |
| 11 | WHEREAS, the hearing for both the Motion to Dismiss and Motion for Partial Judgment |
| 12 | on the Pleadings ("Dispositive Motions") is scheduled for February 4, 2019, at 1:30 p.m., in |
| 13 | Courtroom 5; |
| 14 | WHEREAS, Plaintiffs filed a Response to the Motion to Dismiss and Motion for Partial |
| 15 | Judgment on the Pleadings ("Response;" ECF No. 59) on January 21, 2019; |
| 16 | WHEREAS, in the Response, Plaintiffs stated their intention to file a Motion for Leave to |
| 17 | Amend the Complaint; |
| 18 | WHEREAS, in subsequent discussions between counsel, counsel for Plaintiffs stated that |
| 19 | they intend on filing a Motion for Leave to Amend the Complaint within the next three (3) weeks; |
| 20 | WHEREAS, the State and Union Defendants' Reply Briefs for their Dispositive Motions |
| 21 | are currently due on January 28, 2019; |
| 22 | WHEREAS, a Motion for Leave to Amend the Complaint, if granted, would render moot |
| 23 | the State Defendants' Motion to Dismiss and the Union Defendants' Motion for Judgment on the |
| 24 | Pleadings; |
| 25 | WHEREAS, a continuance of the deadlines for the reply briefs and the hearing on the |
| 26 | Dispositive Motions, if necessary, conserves the resources of the parties and this Court; |
| 27 | WHEREAS, in its Order Re: Status (Pretrial Scheduling) Conference (ECF No. 5), issued |
| 28 | on September 4, 2018, the Court scheduled the Pretrial Scheduling Conference for February 25, |

2019, at 1:30 p.m., and ordered the parties: (1) to confer as required under Rule 26(f) of the Federal Rules of Civil Procedure (FRCP) at least twenty-one (21) calendar days before the hearing; and (2) to file a Joint Status Report at least fourteen (14) calendar days before the hearing.

WHEREAS, the resolution of any Motion for Leave to Amend the Complaint may greatly affect the scope, nature, and amount of discovery required for this matter;

WHEREAS, continuing the deadlines for initial disclosures and completion of Joint Status Report until after resolution of the Motion for Leave to Amend the Complaint will conserve the parties' and the Court's resources, as it could eliminate the need for completion of unnecessary discovery and disclosures;

WHEREAS, continuing the deadlines for the Dispositive Motions, the Pretrial Scheduling Conference, the meet-and-confer requirement, and the Joint Status Report will not interfere with any pending Court deadlines or prejudice any of the parties in this matter; and

WHEREAS, the parties have not previously requested any extensions of time for the Dispositive Motions, completion of the meet and confer requirements, Joint Status Report, or the Pretrial Scheduling Conference;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. The remaining deadlines for the State Defendants' Motion to Dismiss (ECF No. 51) and the Union Defendants' Motion for Partial Judgment on the Pleadings (ECF No. 56) are continued until after the Court rules on Plaintiffs' intended Motion for Leave to File a Second Amended Complaint.
    a. If the Court denies Plaintiffs' Motion for Leave to File a Second Amended Complaint, the parties shall meet and confer and schedule a hearing date for the pending Motion to Dismiss and Motion for Partial Judgment on the Pleadings for thirty (30) days after the Court's ruling on the Motion for Leave to Amend the Complaint, or the next available hearing date thereafter.

     b.     The State and Union Defendants' reply brief shall be due seven (7) days before the scheduled hearing date for the Motion to Dismiss/Motion for Partial Judgment on the Pleadings.

2. The deadlines for: (1) completion of the parties' meet and confer requirements and initial disclosures under Rule 26(a)(1)(C) and (f) of the Federal Rules of Civil Procedure; (2) the parties' Joint Status Report, currently due on February 11, 2019; and (3) the Court's Scheduling Conference, currently scheduled for February 25, 2019 at 1:30 p.m., shall be stayed pending the Court's issuance of new deadlines after ruling on Plaintiffs' intended Motion for Leave to File a Second Amended Complaint.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: January 28, 2019 | Respectfully submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | BENJAMIN M. GLICKMAN<br>Supervising Deputy Attorney General |

*/s/ Anthony P. O'Brien*
ANTHONY P. O'BRIEN
Deputy Attorney General
*Attorneys for Edmund G. Brown, Jr. in his official capacity as Governor of the State of California, Xavier Becerra, in his official capacity as Attorney General of the State of California, Betty Yee, in her official capacity as State Controller of California, Ralph Diaz, in his official capacity as Acting Secretary of the California Department of Corrections and Rehabilitation, and the Public Employment Relations Board*

Dated: January 28, 2019                                  Respectfully submitted,

BREDHOFF & KAISER PLLC

*/s/ John West*
JOHN WEST
*Attorneys for Defendants AFSCME Local 2620 and AFSCME Local 3299*

Dated: January 28, 2019                                  Respectfully submitted,

MITCHELL LAW, PLLC

*/s/ Jonathan Mitchell*
JONATHAN F. MITCHELL
*Attorneys for Plaintiffs Lilaina Hernandez, Miranda Alexander, Natasha Joffe, and Rohit Sharma*

**ORDER**

Pursuant to the above stipulation between the parties, and for good cause shown, the Court extends the following deadlines:

1. The remaining deadlines for the State Defendants' Motion to Dismiss (ECF No. 51) and the Union Defendants' Motion for Partial Judgment on the Pleadings (ECF No. 56) are continued until after the Court rules on Plaintiffs' intended Motion for Leave to File a Second Amended Complaint. The February 4, 2019 motion hearing date is **VACATED**.
   a. If the Court denies Plaintiffs' Motion for Leave to File a Second Amended Complaint, the parties shall meet and confer and schedule a hearing date for the pending Motion to Dismiss and Motion for Partial Judgment on the Pleading for thirty (30) days after the Court's ruling on the Motion for Leave to Amend the Complaint, or by the next available hearing date thereafter.
   b. The State and Union Defendants' reply brief shall be due seven (7) days before the scheduled hearing date for the Motion to Dismiss/Motion for Partial Judgment on the Pleadings.
2. The deadlines for: (1) completion of the parties' meet and confer requirements and initial disclosures under Rule 26(a)(1)(C) and (f) of the Federal Rules of Civil Procedure; (2) the parties' Joint Status Report, currently due on February 11, 2019; and (3) the Court's Scheduling Conference, currently scheduled for February 25, 2019 at 1:30 p.m., shall be **vacated** pending the Court's issuance of new deadlines after ruling on Plaintiffs' intended Motion for Leave to File a Second Amended Complaint. The Scheduling Conference is continued to **July 8, 2019 at 1:30 p.m.** A Joint Status Report shall be filed no later than **June 24, 2019.**
3. Plaintiffs' intended Motion for Leave to File a Second Amended Complaint shall be filed no later than **February 18, 2019**.

**IT IS SO ORDERED.**

Dated: January 29, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE