UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LILIANA HERNANDEZ, MIRANDA ALEXANDER, NATASHA JOFFE, and ROHIT SHARMA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AFSCME CALIFORNIA; AFSCME LOCAL 3299 and AFSCME LOCAL 2620, as representatives of the class of all chapters and affiliates of AFSCME CALIFORNIA; EDMUND G. BROWN, in his official capacity of Governor of the State of California; XAVIER BECERRA, in his official capacity as Attorney General of the State of California; RALPH DIAZ, in his official capacity as Acting Secretary of the California Department of Corrections and Rehabilitation; BETTY YEE, in her official capacity as State Controller of California; ERIC BANKS, PRISCILLA WINSLOW, ERICH SHINERS, and ARTHUR A. KRANTZ, in their official capacities as chair and members of the California Public Employment Relations Board,<br><br>Defendants. | No. 2:18-cv-2419 WBS EFB<br><br>ORDER RE: MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT |

1

----oo0oo----

Before this court is plaintiffs' Motion for Leave to File a Second Amended Complaint.[1] (Docket No. 62.) All defendants have filed statements of non-opposition to this motion. (Docket Nos. 63 & 64.)

Because this court has not filed a pretrial scheduling order under Federal Rule of Civil Procedure 16, plaintiffs' motion to amend is subject to Rule 15(a)(2) of the Federal Rules of Civil Procedure. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607-8 (9th Cir. 1992). In light of defendants' non-opposition, Rule 15(a)'s liberal standard, and the policy in favor of deciding cases on the merits, the court will grant plaintiff's motion for leave to amend. See Eminence Capital, LLC v. Aspeon, Inc., 316 F.3d 1048, 1052 (9th Cir. 2003) (explaining that there is a presumption in favor of granting leave to amend under Rule 15(a)).

IT IS THEREFORE ORDERED that plaintiffs' Motion for Leave to File a Second Amended Complaint (Docket No. 62) be, and the same hereby is, GRANTED. Plaintiffs shall file their Second Amended Complaint within twenty days of the date this Order is signed.

IT IS FURTHER ORDERED that defendants' pending motion to dismiss (Docket No. 51) and motion for partial judgment on the pleadings (Docket No. 56) be, and the same hereby are, DENIED WITHOUT PREJUDICE to them being re-filed in light of plaintiffs' Second Amended Complaint.

---

[1] On the court's own motion and pursuant to Local Rule 230(g), the court decides the motion without oral argument.

2

Dated: April 1, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE