UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LILIANA HERNANDEZ, MIRANDA ALEXANDER, NATASHA JOFFE, MARIA ISABEL HOLTROP, MARCO FEKRAT, EMIN GHARIBIAN, ROHIT SHARMA, HECTOR ARROYO, and TIMOTHY PORTER, on behalf of themselves and others similarly situated, | No. 2:18-cv-2419 WBS EFB ORDER |
| Plaintiffs, | |
| v. | |
| AFSCME CALIFORNIA; AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES; AFSCME LOCAL 3299, AFSCME LOCAL 2620, and AFSCME LOCAL 3634, as individual defendants and as representatives of the class of all chapters and affiliates of the American Federation of State, County, and Municipal Employees; XAVIER BECERRA, in his official capacity as Attorney General of the State of California; ADRIA JENKINS-JONES, in her official capacity as Acting Director of the California Department of Human Resources; RALPH DIAZ, in his official capacity as Acting Secretary of the California Department of Corrections and Rehabilitation; BETTY YEE, in her official capacity as State | |

| | |
|---|---|
| 1 | Controller of California; PUBLIC TRANSPORTATION SERVICES |
| 2 | CORPORATION; LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION |
| 3 | AUTHORITY, |
| 4 | Defendants. |

----oo0oo----

Pursuant to the discussion with the parties at the status conference held on July 8, 2019, a hearing is set on defendants' motion for summary judgment for November 18, 2019, at 1:30 p.m. in Courtroom 5. The motion and supporting documents shall be filed by September 27, 2019. Plaintiffs' opposition shall be filed by October 28, 2019, and any reply briefs shall be filed by November 4, 2019.

The motion shall address the following issues: (1) the constitutionality of sections 1152, 1153, 1157.12(b), and other related provisions of the California Government Code that prevent public employees or public employers from halting payroll deduction of union fees from an employee's wages unless and until the union instructs the employer to do; (2) the validity of plaintiffs' union membership agreements in light of <u>Janus v. American Federation of State, County, & Municipal Employees</u>, 138 S. Ct. 2448 (2018); and (3) the union defendants' status as state actors for the purposes of 42 U.S.C. § 1983.

After a decision on the motion for summary judgment, the court will set a further scheduling conference in this case.

IT IS SO ORDERED.

Dated: July 9, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE