Jonathan F. Mitchell*
Texas Bar No. 24075463
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940

Talcott J. Franklin*
Texas Bar No. 24010629
Talcott Franklin P.C.
1920 McKinney Avenue, 7th Floor
Dallas, Texas 75201
(214) 642-9191

* admitted *pro hac vice*

Bradley Benbrook
California Bar No. 177786
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900

*Counsel for Plaintiffs and Proposed Classes*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **Liliana Hernandez**, et al., | Case No. 2:18-cv-02419-WBS-EFB |
| Plaintiffs, | |
| v. | **Order Granting Plaintiff Marco Fekrat's Motion to Dismiss His Claims Under Rule 41(a)(2)** |
| **AFSCME California**, et al., | |
| Defendants. | |

1    Plaintiff Marco Fekrat's claims against the defendants are dismissed with preju-

2  dice under Fed. R. Civ. P. 41(a). Each party will bear its own attorneys' fees, costs,

3  and expenses.

**Dated:  October 23, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4
5